No. A–599. SLAGLE *v.* TERRAZAS ET AL. D. C. W. D. Tex. Application for stay pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

No. A–604. HERRERA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant the application for stay of execution.

No. A–604. HERRERA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion to treat the application for stay of execution as a petition for writ of certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant the motion and would grant the petition for writ of certiorari.

No. 91–7328 (A–604). HERRERA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. The order of this date denying the application for stay of execution of sentence of death is to remain in effect.

No. 91–7146 (A–586). HERRERA *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution and the petition for writ of certiorari.